UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEWART MARTIN,

    Plaintiff,

-against-

NEW YORK CITY TRANSIT AUTHORITY, et al.,

    Defendants.



18-CV-9688 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    In light of the ongoing national public health emergency, the status conference scheduled for **April 28, 2020, at 10:00 a.m.**, will be conducted telephonically. At that time, the parties shall call into the below teleconference:

    Call in number:    888-557-8511
    Access Code:    7746387

Dated: New York, New York
       March 19, 2020

**SO ORDERED**.

_____

**BARBARA MOSES**
**United States Magistrate Judge**