

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEWART MARTIN,

        Plaintiff,

-against-

NEW YORK CITY TRANSIT AUTHORITY, et al.,

        Defendants.

18-CV-9688 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

In light of the Court's Order dated April 29, 2020 (Dkt. No. 32), extending the close of fact discovery to August 31, 2020, the settlement conference currently scheduled for May 13, 2020, at 2:15 p.m., is ADJOURNED *sine die*. The parties shall include their positions concerning whether and when to reschedule a judicially-supervised settlement conference in their joint pre-conference letter to be filed no later than June 10, 2020. (*See* Dkt. No. 32 ¶ 2(f).)

Dated: New York, New York
      May 11, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**