USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  6/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

STEWART MARTIN,

                    **Plaintiffs,**

                                                 **18-cv-9688**

    -against-

                                                 **ORDER**

NATIONAL RAILROAD PASSENGER
CORPORATION et al,

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties should submit a joint status report by June 10, 2020.

**SO ORDERED.**

**Dated:**   June 3, 2020

    New York, New York                                          **ANDREW L. CARTER, JR.**
                                                                        **United States District Judge**