

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEWART MARTIN,

          Plaintiff,

   -against-

NEW YORK CITY TRANSIT
AUTHORITY, et al.,

          Defendants.

18-CV-9688 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      For the reasons discussed during today's telephonic status conference, the deadlines set forth in the Initial Case Management Order dated December 17, 2019 (Dkt. No. 22), as modified by the Court's orders dated March 17, 2020 (Dkt. No. 27) and April 29, 2020 (Dkt. No. 32), are further EXTENDED as follows:

1. <u>Fact Discovery</u>. All remaining fact discovery, including fact depositions, shall be completed no later than **October 30, 2020**.

2. <u>Expert Discovery</u>. Plaintiff shall appear for examination by a physician of defendants' choice no later than **October 16, 2020**. Defendants shall designate their examining physician, and disclose that physician's availability, no later than **September 18, 2020**. Disclosure of expert evidence, including the identities and written reports of experts, as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C), shall be made no later than **December 15, 2020**. The disclosure of expert evidence intended solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made no later than **January 15, 2021**. Depositions of experts shall be completed no later than **February 15, 2021**.

3. <u>Close of Discovery</u>. All discovery must be completed no later than **February 15, 2021**.

Dated: New York, New York
      September 2, 2020

**SO ORDERED**.

_____

**BARBARA MOSES**
**United States Magistrate Judge**