Jamaica Station
Jamaica, NY 11435-4380
718 558-8254 Tel
718 657-9047 Fax

Phillip Eng
President

Paige Graves
Vice President, General Counsel & Secretary

 **Long Island Rail Road**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/21

January 6, 2021

***Via ECF***
Judge Barbara Moses
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

# MEMO ENDORSED

RE:   **Stewart Martin v. LIRR et. al**
          18-CV-9688 (ALC)(BCM)

Dear Judge Bulsara:

This letter is respectfully submitted to request an adjournment of the Settlement Conference presently scheduled for January 18th, at 2:00 p.m.  Prior to this request, I conferred with Plaintiff's attorney and he does not consent to the adjournment.

The adjournment is necessary as certain discovery is still outstanding to allow defense counsel to evaluate Plaintiff's injury claims. Specifically, by letter dated December 15, 2020 Plaintiff's attorney advised that the Plaintiff was involved in a subsequent accident and sustained injury to the same part of his body he is claiming in this case.  As a result, Defendant has served a discovery demand for authorizations to obtain copies of medical records for any treatment rendered to the Plaintiff based upon this new accident and injury to his back.  This information is crucial since Plaintiff is claiming a lifetime of pain and suffering following his January 2018 slip and fall.  Based upon the foregoing, the case is not ripe for a settlement conference and I request the conference be held on one of the following dates: March 30th, April 13th, or April 14th at 2:15 p.m.

Thank you for your kind consideration of this request.

Respectfully submitted,

Paige Graves Esq.
Attorney for Defendant LIRR
By: Christopher J. Pogan
Law Dept. 1143 4th Floor
Jamaica Station
Jamaica, NY 11435
cpogan@lirr.org
718-558-7760

cc:  Andrew Green, Esq.
GREEN & SZYMANSKI, LLP

Attorney for Plaintiff
195 Montague Street, 14th Floor
Brooklyn, NY 11201
(718) 872-9292

cc: LAWRENCE HEISLER
Attorney for Defendant(s)
NEW YORK CITY TRANSIT AUTHORITY
130 Livingston Street – 11th Floor
Brooklyn, New York 11201
(718) 694-3987

cc: BONNER KIERNAN TREBACH & CROCIATA, LLP
Attorney for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION d/b/a/ AMTRAK
350 Fifth Avenue, 59th Floor
New York, NY 10118
(212) 268-7535

Application GRANTED. The settlement conference currently scheduled for January 18, 2021, at 2:15 p.m. is ADJOURNED to **March 30, 2021, at 2:15 p.m.** The parties' confidential settlement letters, as directed in the Court's September 2, 2020 Order Scheduling Settlement Conference (Dkt. No. 49), shall be submitted no later than March 23, 2021. The other provisions in the September 2 Order remain in effect.

The Court will conduct a status conference on **January 25, 2021, at 10:00 a.m.** At that time, the parties shall dial (888) 557-8511 and enter the access code 7746387. SO ORDERED.

Barbara Moses, U.S.M.J.
January 12, 2021