Case 1:18-cv-09688-ALC-BCM   Document 60   Filed 01/25/21   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



STEWART MARTIN,

       Plaintiff,

-against-

NEW YORK CITY TRANSIT AUTHORITY, et al.,

       Defendants.

18-CV-9688 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's telephonic status conference, the parties' discovery deadlines are EXTENDED as follows:

1. The deadline for plaintiff to submit an expanded or new expert report is **March 26, 2021**;

2. The deadline for the disclosure of expert evidence intended solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party is **April 26, 2021**; and

3. The deadline to complete expert depositions is **May 26, 2021**.

**No further extensions will be granted.**

The Court has been informed that both plaintiff and defendants have requested additional medical records from plaintiff's treating provider, Orthopaedic Associates of Manhasset, P.C., relating to plaintiff's recent injury. The treating provider's prompt production of those medical records is essential if the parties are to complete expert discovery on the schedule set forth by this Court. Therefore, if and to the extent that Orthopaedic Associates of Manhasset, P.C. has not produced the relevant records on or before **February 8, 2021**, **plaintiff and defendants shall promptly advise the Court and are authorized to seek all remedies available at law.**

2

Plaintiff shall promptly serve a copy of this Order on Orthopaedic Associates of Manhasset, P.C.

Dated: New York, New York
January 25, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**