

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEWART MARTIN,

        Plaintiff,

  -against-

NEW YORK CITY TRANSIT AUTHORITY, et al.,

        Defendants.

18-CV-9688 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The settlement conference scheduled for March 30, 2021 is hereby ADJOURNED to **April 19, 2021, at 2:15 p.m.** In light of the adjourned conference, the parties' discovery deadlines are EXTENDED as follows:

1. The deadline for the disclosure of expert evidence intended solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party is **May 17, 2021**; and

2. The deadline to complete expert depositions is **June 16, 2021**.

Dated: New York, New York
       March 30, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**