USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: June 10, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**STEWART MARTIN,**

                **Plaintiff,**

    **-against-**

**NEW YORK CITY TRANSIT AUTHORITY ET AL,**

                **Defendants.**

**18-cv-9688 (ALC) (BCM)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty days.

**SO ORDERED.**

Dated:    June 10, 2021
              New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**